No. 69.  MURRAY *v.* UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.  *Maurine L. Jones* for peti-

tioner. *Solicitor General Perlman* filed a memorandum for the United States, respondent, stating that the Government, in effect, occupies the role of a stakeholder and takes no position as to whether the writ of certiorari should issue.